1  Gary L. Huss (SBN 057370)
   **WILD, CARTER & TIPTON**
2  A Professional Corporation
   246 West Shaw Avenue
3  Fresno, California 93704
   Telephone: (559) 224-2131
4  Facsimile: (559) 229-7295
   E-mail: ghuss@wctlaw.com
5
   Attorneys for Defendant
6  LEWISTINE WHITFIELD

7

8 # UNITED STATES DISTRICT COURT

9 ## EASTERN DISTRICT OF CALIFORNIA-FRESNO

10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Number  05-CR-00451-OWW |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE THE** |
| ) | **MOTION** ~~SENTENCING~~ **HEARING** |
| v. ) | **AND  ORDER THEREON** |
| ) | |
| LEWISTINE WHITFIELD, et al. ) | |
| ) | **DATE:**    January 19, 2006 |
| Defendants. ) | **TIME:**    10:00 a.m. |
| ) | **JUDGE:**   Hon. Oliver W. Wanger |
| ) | |

        IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the ~~sentencing~~ motion hearing currently set for January 19, 2006, as to LEWISTINE WHITFIELD, may be continued to **February 13, 2006, at 1:30 p.m.**  The continuance is necessary to insure the availability of defense counsel who is detained in a state court mediation which was previously scheduled before this Court continued the above-referenced matter from its original date of January 17, 2006.

///

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 316(h)(8)(A), and 316(h)(8)(B)(i).

Dated: January 11, 2006                    **WILD, CARTER & TIPTON**
                                           A Professional Corporation


                                           By/S/ Gary L. Huss_____
                                               GARY L. HUSS
                                               Attorneys for Defendant
                                               LEWISTINE WHITFIELD

Dated: January 11, 2006


                                           By/s/ Stanley A. Boone_____
                                               STANLEY A. BOONE
                                               Assistant U.S. Attorney


ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 316(h)(8)(A), and 316(h)(8)(B)(I).


Dated:__January 17, 2006___                /s/ OLIVER W. WANGER_____
                                           HONORABLE OLIVER W. WANGER
                                           United States District Court Judge

WILD, CARTER & TIPTON

2

STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON