```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8             FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,      )  CASE NO. 1:05CR00451-OWW
                                   )
11            Plaintiff,           )
                                   )
12       v.                        )  ORDER TO QUASH WRIT
                                   )  OF ATTACHMENT/GARNISHMENT
13  LEWISTINE WHITFIELD,           )
                                   )
14            Defendant and       )
              Judgment Debtor.    )
15  _____ )
                                   )
16  ACS EDUCATION SERVICES, INC.,  )
                                   )
17            Garnishee.           )
    _____ )
18

19
```

20      A Writ of Attachment/Garnishment was served upon ACS Education

21 Services, Inc., Garnishee, on October 8, 2010.  Based upon the Answer

22 of Garnishee, the United States filed with this Court a Request to

23 Quash Writ of Attachment/Garnishment, and having reviewed and

24 considered the same,

25 ///

26 ///

27 ///

28 ///

Order to Quash Writ
of Attachment/Garnishment

1

        IT IS HEREBY ORDERED that the Writ is quashed and the attachment/garnishment against Garnishee, ACS Education Services, Inc., is terminated.

IT IS SO ORDERED.

**Dated:   January 11, 2011**          /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2