```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099
 6
 7               IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,       )  CASE NO. 1:05CR00451-OWW
                                    )
11              Plaintiff,          )
                                    )
12       v.                         )
                                    )  ORDER TO QUASH WRIT
13  LEWISTINE WHITFIELD,            )  OF ATTACHMENT/GARNISHMENT
                                    )
14              Defendant and       )
                Judgment Debtor.    )
15  _____  )
                                    )
16  SPHERION PACIFIC WORKFORCE, LLC.,)
                                    )
17              Garnishee.          )
    _____  )
18
19
20       A Writ of Attachment/Garnishment was served upon Spherion
21  Pacific Workforce, LLC., Garnishee, on October 8, 2010.  Based upon
22  the letter provided by Garnishee, the United States filed with this
23  Court a Motion to Quash Writ of Attachment/Garnishment, and having
24  reviewed and considered the same,
25  ///
26  ///
27  ///
28  ///
```

Order to Quash Writ
of Attachment/Garnishment

1 | IT IS HEREBY ORDERED that the Writ is quashed and the
2 | attachment/garnishment against Garnishee, Spherion Pacific Workforce,
3 | LLC., is  terminated.

IT IS SO ORDERED.

**Dated:   January 18, 2011**             /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2