```
1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   ANA MARIA MARTEL
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559)497-4000
5  Facsimile: (559)497-4099
6
7              IN THE UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,    ) CASE NO. 1:05CR00451-OWW
                                )
11           Plaintiff,         )
                                )
12      v.                      ) ORDER TO QUASH WRIT
                                ) OF ATTACHMENT/GARNISHMENT
13 LEWISTINE WHITFIELD,         )
                                )
14           Defendant and      )
             Judgment Debtor.   )
15 _____)
                                )
16 INTERIM PERSONNEL OF FRESNO, INC.,)
                                )
17           Garnishee.         )
   _____)
18
19
20      On October 19, 2010, a Writ of Attachment/Garnishment was served
21 upon Spherion Pacific Workforce, LLC., the parent company of the
22 Garnishee, INTERIM PERSONNEL OF FRESNO, INC.  Based upon the letter
23 provided by Spherion in a companion Writ, the United States filed
24 with this Court a Motion to Quash Writ of Attachment/Garnishment, and
25 having reviewed and considered the same,
26 ///
27 ///
28 ///
```

Order to Quash Writ
of Attachment/Garnishment

1

1    IT IS HEREBY ORDERED that the Writ is quashed and the
2 attachment/garnishment against Garnishee, INTERIM PERSONNEL OF
3 FRESNO, INC., is  terminated.

5 IT IS SO ORDERED.

7 Dated: February 25, 2011.

                                    /s/ OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2